TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Jonathan Soots

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| Jonathan Soots, | Case No.: 8:14-cv-01621-AG-AN |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Hyundai Motor America; and DOES 1-10, inclusive, | |
| Defendants. | |

1

**NOTICE OF SETTLEMENT**

2

3      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

4 reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of

5 Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R.

6 Civ. P. 41(a) within 30 days.

7

8      The parties hereby further request that this honorable Court provide a period of

9 60 days within which to complete the settlement and file a dismissal of the action.

10

11

12                                          By:___/s/  _Trinette G. Kent_____
                                            Trinette G. Kent, Esq.
13                                          Lemberg Law, LLC
14                                          Attorney for Plaintiff, Jonathan Soots

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On October 24, 2014, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

**BY ELECTRONIC FILING:** I hereby certify that on October 24, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendants Hyundai Motor America**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 24, 2014.

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:   /s/  *Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Jonathan Soots

4